IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA**,
Plaintiff,

v.

**GUSTAVO LINARES GUZMAN**,
Defendant.

Case No.: **1:19-cr-20674-DPG**

## MOTION TO CONTINUE TRIAL

TO THE HONORABLE COURT:

**COMES NOW** the Defendant, Gustavo Linares Guzman, herein represented by the undersigned attorney and very respectfully **states**, **alleges**, and **prays** as follows:

1. **Scheduling Conflict:** Undersigned counsel is currently scheduled to attend a calendar call for another matter, United States v. Rojas (Case No. :24-cr-60050-JIC), in the Southern District of Florida (Fort Lauderdale), on November 12, 2024, at 10:00 a.m., and a Trial to begin on November 18, 2024, which presents a conflict with trial preparation in the above caption case.

2. **Discovery Review:** The defense is still in the process of thoroughly reviewing the voluminous discovery provided by the government. Additional time is necessary to ensure a complete review to adequately prepare a defense and to evaluate all pertinent evidence. The defendant requests until the end of November to file any Pretrial Fed R. Crim Pro Rule 12 (b) Motions.

3. **Plea Negotiations:** The parties are actively engaged in plea negotiations. Additional time would facilitate continued discussions that may potentially resolve this matter

1

without the need for a trial.

4. **Speedy Trial Waiver:** The defendant understands the right to a speedy trial under the Sixth Amendment and hereby waives this right for the purpose of this continuance.

5. The undersigned counsel has conferred regarding this Motion with the following parties:

- **Frank Tamen, Esq., representing the United States:** No opposition.
- **Michael Band, Esq., representing José Rivera:** No opposition.
- **Frank Quintero, Esq., representing Boris Arencibia:** Opposes this Motion.

**WHEREFORE,** the defendant, Gustavo Linares Guzman, respectfully requests that this Court grant the Motion to Continue Trial and reset the trial date for December 4, 2024.

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

**RESPECTFULLY SUBMITTED.**

In Orlando, Florida, on October 30th, 2024.

*s/ Edwin Prado Galarza*
EDWIN J. PRADO GALARZA
Prado Law Offices, LLC
111 N. Orange Ave. Suite 800 Unit 849
Orlando, FL 32801
(407) 420-7926 / (787) 977-1411
Bar No. 1008115
pradolaw10@gmail.com
