**GL Flights info**          **EXHIBIT 1**



SOURCE:
https://www.spirit.com/book/flights?bookingType=flight&orgCode=6826515426&adt=1&chd=0&inf=0&tripType=oneWay&from=MCO&to=SJU&departDate=01%2F22%2F2025&fromFlightNumber=325&gclid=ADowPOJMdg9iX-FBHzCnQ7lcZ0OuDqqNaIIL8O_nAFMFfoMg2NDMnEehUae5g2Yg8H02hu4bsU5RsqHIl3ZAptuD69KvMJ88P1DLpqIhirnUyFcBMkY&gclsrc=gf