UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**GUSTAVO LINARES GUZMAN,**

Defendant.

Case No. 19-cr-20674-GAYLES

## DEFENDANT'S MOTION FOR TEMPORARY MODIFICATION OF BAIL CONDITIONS

**COMES NOW** the Defendant, Gustavo Linares Guzman, by and through his undersigned counsel, and respectfully moves this Honorable Court to grant a temporary modification of his bail conditions to allow travel to and accommodation in the State of Florida in connection with his upcoming Change of Plea Hearing. As grounds for this motion, Defendant states as follows:

**1. Procedural Background**

1.1. The Defendant is currently released on bail and subject to conditions imposed by the Court.

1.2. A Change of Plea Hearing is scheduled for **January 21, 2025**, at **9:30 a.m.** before Judge Darrin P. Gayles at the Wilkie D. Ferguson, Jr., U.S. Courthouse, **400 North Miami Avenue, Miami, Florida**.

**2. Basis for Motion**

2.1. The Defendant resides in **San Juan, Puerto Rico**, and must travel to Florida to appear for the hearing in person, as required by the Court.

2.2. Due to financial constraints, the Defendant has identified an economical travel and accommodation plan that includes flying to Orlando, Florida, staying at his sister-in-law's home, and driving to Miami for the hearing.

2.3. The proposed itinerary and accommodation would be as follows: *(See Exhibit 1)*

- The Defendant intends to travel on **Friday, January 17, 2025**, on **Spirit Airlines Flight NK1253**, departing **Luis Muñoz Marín International Airport (SJU)** in San Juan, Puerto Rico, at **3:29 PM** and arriving at **Orlando International Airport (MCO)** in Orlando, Florida, at **5:49 PM**, at a cost of **$56.00**.
- The Defendant will stay in Orlando at the home of his sister-in-law, **Damara Trinidad Ramos**, located at **2665 Oak Run Blvd, Kissimmee, FL 34744**, eliminating the cost of lodging and meals.
- On the day of the hearing, **early in the morning**, the Defendant will drive from Orlando to Miami in his sister-in-law's car, accompanied by both his sister-in-law and his fiancée, to attend the proceeding.
- Following the hearing, the Defendant will return to his sister-in-law's residence in Orlando and remain there until his return flight to Puerto Rico on **Wednesday, January 22, 2025**, on **Spirit Airlines Flight NK1260**, departing **Orlando International Airport (MCO)** at **10:43 AM** and arriving at **Luis Muñoz Marín International Airport (SJU)** at **2:30 PM**, at a cost of **$56.00**.

**3. Legal Framework**

The Court has authority under **18 U.S.C. § 3142(c)(3)** to amend bail conditions where such modifications are reasonable and ensure the Defendant's continued appearance and compliance with court orders. The Defendant's request is narrowly tailored, detailing travel plans, accommodations, and compliance with all pretrial conditions, while addressing financial hardship.

**4.** Proposed Conditions

3.1. The Defendant seeks temporary modification of his bail conditions to permit travel to Orlando, Florida, on January 17, 2025, and return to Puerto Rico on January 22, 2025.

3.2. The Defendant will provide Pretrial Services with a full itinerary and the address of his accommodations (2665 Oak Run Blvd, Kissimmee, FL 34744) for the duration of his stay.

3.3. The Defendant will remain in compliance with all other conditions of his release, including timely reporting to Pretrial Services and any additional restrictions deemed necessary by the Court.

3.4. The prosecution does not have any objection to this request.

## 5. Conclusion

**WHEREFORE**, Defendant respectfully requests this Honorable Court grant a temporary modification of his bail conditions as outlined above and provide such further relief as the Court deems just and proper.

### Certificate of Service

**I HEREBY CERTIFY** that on this **13 day of January 2025**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will serve a copy to all counsel of record.

**RESPECTFULLY SUBMITTED** this **13 day of January 2025**.

*/s/ Edwin Prado, Esq.*
Florida Bar No. 1008115
Prado Law Offices
111 North Orange Ave., Suite 800
Orlando, FL 32801
Phone: (407) 420-7926
Email: pradolaw10@gmail.com
Attorney for Defendant Gustavo Linares Guzman