**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

v.

Case No. 19-cr-20674-GAYLES

GUSTAVO LINARES GUZMAN,
*Defendant*

**ORDER GRANTING MOTION FOR TEMPORARY MODIFICATION OF BAIL CONDITIONS**

**THIS CAUSE** came before the Court on the Defendant's Motion for Temporary Modification of Bail Conditions [ECF No.1061]. The Court, having reviewed the Motion, considered the relevant factors under 18 U.S.C. § 3142(c)(3), and being otherwise fully advised in the premises, hereby ORDERS AND ADJUDGES as follows:

1. The Defendant's Motion is **GRANTED**.
2. The Defendant is authorized to travel from San Juan, Puerto Rico, to Orlando, Florida, on January 17, 2025, and to return to Puerto Rico on January 22, 2025.
3. During his time in Florida, the Defendant shall stay at the residence of his sister-in-law, Damara Trinidad Ramos, located at 2665 Oak Run Blvd, Kissimmee, FL 34744.
4. On the day of the hearing, January 21, 2025, the Defendant shall travel from Kissimmee, Florida, to Miami, Florida, to attend the scheduled Change of Plea Hearing before Judge Darrin P. Gayles.
5. The Defendant is required to provide Pretrial Services with his full itinerary, including flight information and the address of his accommodations, and remain in compliance with all existing conditions of his release.
6. The Defendant shall notify Pretrial Services immediately upon his return to San Juan, Puerto Rico.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 13th day of January, 2025.

_____
**DARRIN P. GAYLES**
**UNITED STATES DISTRICT JUDGE**