UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CR-20674-Gayles(s)(s)(s)(s)(s)(s)

UNITED STATES OF AMERICA

v.

GUSTAVO LINARES GUZMAN,

Defendant.

## DECLARATION OF SPECIAL AGENT MATTHEW C. LANTHORN IN SUPPORT OF PRELIMINARY ORDER OF FORFEITURE

I, MATTHEW C. LANTHORN, under penalty of perjury, declare:

1.      I am a Special Agent with the Federal Bureau of Investigation ("FBI") in Miami, Florida and have been so employed since April 18, 2004. I currently investigate criminal matters involving money laundering, securities fraud, mortgage fraud, and bank fraud. In my approximately twenty years of service, I have also investigated healthcare fraud, organized crime, and major theft. As a Special Agent of the FBI, I am authorized to conduct investigations into criminal violations of the laws of the United States. I am thus a "federal law enforcement officer" as defined by Rule 41(a)(2)(C) of the Federal Rules of Criminal Procedure.

2.      The information contained in this declaration is based upon my personal knowledge and my review of documents and records gathered during the course of this investigation, as well as information obtained, directly or indirectly, from other sources and agents, including information provided to me by other agents who are involved in the investigation. I make this declaration in support of the United States' Motion for Preliminary Order of Forfeiture against Leah Solomon (the "Defendant"). Because this declaration is being submitted for a limited

purpose, it does not include all of the facts that I have learned during the course of the investigation.

3.      All dates and amounts discussed in this declaration are approximate.

4.      Law enforcement reviewed financial records for Gustavo Linares Guzman

("Defendant") and LDD Distributors LLC. Based on a review of those bank records, between July

20, 2018, and April 29, 2019, $262,736.00 was transferred from an account held in the name of

LDD Distributors LLC to an account controlled by the Defendant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ~~February~~ ____, 2025
          March     3rd

MATTHEW C. LANHORN
Special Agent, FBI

2