UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-20674-CR-GAYLES

UNITED STATES OF AMERICA

v.

GUSTAVO LINARES,

      **Defendant.**
_____/

### **GOVERNMENTS UNOPPOSED MOTION TO CONTINUE SENTENCING**

The United States hereby moves to continue the sentencing of Gustavo Linares, currently set for April 10th, 2025 at 9:30 am .

As grounds therefor, the United States asserts that undersigned Government counsel has been set for trial scheduled to begin at 9:00 am on the same date, in <u>United States v Edison Zapata Sanchez</u>, 24-20187-Cr-Becerra.  There are contested issues in Linares' sentencing that will involve argument to the court, which means that the sentencing hearing will take time that would interfere with the scheduled start of trial in the case before Judge Becerra.

Defense counsel Edwin Prado has advised that he has no objection to the continuance. However, his April schedule is crowded, so he requests the sentencing be set in May.  Government counsel is available most dates in May.

*Wherefor*, the United States moves to continue the sentencing of Linares from April 10 to a date to be set in May.

                                      Respectfully submitted,

                                      HAYDEN P. O'BYRNE
                                      UNITED STATES ATTORNEY

By:   s/ Frank H. Tamen
       FRANK H. TAMEN
       Assistant United States Attorney
       Florida Bar No. 0261289
       99 NE 4th Street, Ste. 700
       Miami, Florida 33132
       Tel: (305) 961-9022
       Frank.Tamen@usdoj.gov

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed on the 27th day of March, 2025 with the Clerk of the Court using CM/ECF.

                                      /s/ Frank H. Tamen
                                      Frank H. Tamen
                                      Assistant United States Attorney